**LAW OFFICES OF RONALD A. MARRON, APLC**
Ronald A. Marron, Esq. (CA 175650)
3636 4th Avenue, Suite 202
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
ron.marron@gmail.com

**LAW OFFICE OF DAVID L. ROMERO**
David L. Romero, Esq. (CA 231210)
925 Sandcastle Drive
Cardiff, California 92007
Telephone: (619) 995-0356
Facsimile: (760) 942-9126
davidr@ippatentresource.com

Attorneys for Intervening Plaintiff,
Diana Stanley

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT WORTHINGTON, On Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>DIANA STANLEY, On Behalf of Herself, All Others Similarly Situated and the General Public,<br><br>Intervening Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE, LLC<br><br>Defendant. | CASE NO. 2:11-cv-02793-ES<br>Judge:     Hon. Esther Salas<br><br>**NOTICE OF MOTION TO INTERVENE TO FILE A MOTION TO DISMISS, TRANSFER OR STAY**<br><br>**Motion Day: August 15, 2011**<br><br>*Document Filed Electronically* |

**TO:**
Julie Diane Miller (CB 9044)
Jeffrey A. Leon
Jamie E. Weiss
**FREED & WEISS**
111 W. Washington Street
Suite 1331
Chicago, Illinois 60602
Telephone: 312-220-0000
Email: juliem@freedweiss.com
(for Plaintiff Robert Worthington)

James E. Cecchi
Lindsey H. Taylor
**CARELLA BYRNE CECCHI**
**OLSTEIN BRODY & AGNELLO, PC.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: 973-994-1700
Facsimile: 973-994-1744
Email: jcecchi@carellabyrne.com
(for Plaintiff Robert Worthington)

Adam J. Levitt
John E. Tangren
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLC**
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
Telephone: 312-984-0000
(for Plaintiff Robert Worthington)

Jim S. Calton, Jr.
**CALTON LEGAL SERVICES, SP**
322 South Eufaula Avenue
Eufaula, Alabama 36072-0895
(for Plaintiff Robert Worthington)

Alycia A. Degen
**SIDLEY AUSTIN LLP**
555 West Fifth Street
Suite 4000
Los Angeles, CA 90013-1010
Telephone: 213-896-6682
Facsimile: 213-896-6600
Email: adegen@sidley.com
(For Defendant Bayer Healthcare, LLC)

Elizabeth Marie Chiarello
Eugene A. Schoon
Kara L McCall
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois 60603
Telephone: 312-853-0640
Facsimile: 312-853-7036
Email: echiarello@sidley.com
(For Defendant Bayer Healthcare, LLC)

**PLEASE TAKE NOTICE** that on August 15, 2011, at _____ or as soon thereafter as counsel may be heard, the undersigned, attorneys for Plaintiff-Intervenor Diana Stanley ("Stanley" or "Intervening Plaintiff"), on behalf of herself, all others similarly situated, and the general public, shall move before the Honorable Esther Salas, United States Magistrate Judge for the United States District Court for the District of New Jersey, Martin Luther King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, pursuant to Federal Rules of Civil Procedure 24(a) and/or (b) for entry of an Order granting Intervening Plaintiff's motion to intervene (the "Motion") in the above-captioned action as a party plaintiff and to seek leave to file a motion to dismiss, transfer or stay.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Intervening Plaintiff will rely upon this Notice of Motion and Motion, the concurrently-filed Memorandum of Points and Authorities in Support of Motion to Intervene, the concurrently-filed Declaration of Ronald A. Marron, all prior proceedings had, the papers on file in these matters, and any oral argument presented by counsel, as well as upon all other matters upon which this Court may take judicial notice, or as may be presented at the hearing on the motion.

A proposed form of Order is submitted herewith.

Oral argument is requested.

DATED:   July 22, 2011          Respectfully submitted,

                                By: */s/Richard D. De Vita*
                                Richard D. De Vita, Esq.
                                **DE VITA & ASSOCIATES**
                                1228 Garden Street
                                Hoboken, New Jersey 07030
                                Telephone:  (201) 714-7623
                                Facsimile:  (201) 714-7384
                                rddevita@verizon.net

3

Ronald A. Marron
**LAW OFFICES OF RONALD A. MARRON, APLC**
3636 4th Avenue, Suite 202
San Diego, CA 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
ron.marron@gmail.com

David L. Romero
**LAW OFFICE OF DAVID L. ROMERO**
925 Sandcastle Drive
Cardiff, CA 92007
Telephone:  (619) 995-0356
Facsimile:  (760) 942-9126
davidr@ippatentresource.com

**Attorneys for Plaintiff-Intervenor Diana Stanley**