# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF NEW JERSEY*
# *NEWARK*

## Minutes of Proceedings

Judge __**Esther Salas**__          __SEPTEMBER 18, 2012__
                                    Date of Proceedings

Court Reporter_____

Deputy Clerk __**Philip Selecky**_____

**Title of Case**:                   Docket #_**CV. 11-2793 (ES)**_

Worthington v. Bayer Healthcare, LLC.

**Appearances**:
Lindsey Taylor, Esq, Timothy Blood, Esq, & Julie Miller, Esq, for
the pltf.
Lorna Dotro, Esq, & Eugene Schoon, Esq, for the deft.

**Nature of Proceedings**: STATUS CONFERENCE (Telephone)
The pltf, will be submitting a letter withdrawing there motion for
reconsideration and requesting that the case be reinstated.

Time Commenced: 1:55 p.m.
Time Adjourned: 2:00 p.m.

                          __Philip Selecky, Deputy Clerk__