**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHAMBERS OF<br>ESTHER SALAS<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING<br>COURTHOUSE<br>50 WALNUT ST.<br>ROOM 5076<br>NEWARK, NJ 07101<br>973-297-4887 |

September 20, 2012

**LETTER ORDER**

**Re:** *Worthington v. Bayer Healthcare LLC*
*Rikos v. Bayer Healthcare LLC*
*Yuncker v. Bayer Healthcare LLC*
**Civil Action Nos. 11-2793, 11-3017, 11-3299 (ES)**

Dear Counsel:

    Pursuant to the September 18, 2012 telephone conference and Plaintiffs' request, the Court hereby reopens the above referenced matters and reinstates the previously filed complaints. Defendant may answer or otherwise move no later than October 22, 2012. Defendant may not move on grounds already addressed by the Court's March 30, 2012 opinion and order. Plaintiffs may file opposition no later than November 5, 2012. Defendant may file a reply no later than November 12, 2012.

    The Clerk of Court shall terminate the motions at Docket Entry No. 65 in 11-2793, Docket Entry No. 63 in 11-3017 and Docket Entry No. 60 in 11-3299.

    **SO ORDERED**.

                                          *s/Esther Salas*
                                          **Esther Salas, U.S.D.J.**