James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE BAYER PHILLIPS COLON HEALTH PROBIOTIC SALES PRACTICES LITIGATION | Civil Action No. 11-2793(ES)(SCM)<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties that the complaint of Plaintiff Robert Worthington only is hereby dismissed without prejudice and without costs. The complaints of Dino Rikos, previously Civil Action No. 11-3017, and Troy Yunker, previously Civil Action No. 11-3299, shall continue unabated under the above caption.

| | |
|---|---|
| CARELLA, BYRNE, CECCHI,<br>OLSTEIN, BRODY & AGNELLO<br>Attorneys for Plaintiffs | COUGHLIN DUFFY LLP<br>Attorneys for Defendant |
| By: /s/ Lindsey H. Taylor<br>LINDSEY H. TAYLOR | By: /s/ Lorna A. Dotro<br>LORNA A. DOTRO |

SO ORDERED THIS ___ day of March, 2013

_____
ESTHER SALAS, U.S.D.J.